App. Div.]        Second Department, January, 1913.

In the Matter of the Application of William Alfred Kneen for Admission to the Bar.— Application granted and order signed. Present — Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ.

In the Matter of the Application for a Discharge of a Mechanic's Lien Filed by Leo Mininsohn and Another, Appellants, v. Regal Homes Company, Respondent.— Motion for stay granted on condition that appellants perfect their appeal, place the cause on the calendar for January 27, 1913, and be ready for argument when reached; otherwise, motion denied, with ten dollars costs. Present — Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ.

In the Matter of Joseph A. Walsh, an Attorney.— Motion granted and respondent suspended from practice for a period of three years from the date of the entry of the order herein. Present — Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ.

Dennis A. Lambert and Another, Appellants, v. Jackson-Steinway Company, Respondent.— Motion denied, without prejudice to renewal thereof, if due diligence be not shown henceforth. Present — Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ.

. Frank Joseph Marhoffer, Respondent, v. Swedish Augustana Home for the Aged, Appellant, Impleaded, etc.— Motion to resettle order denied. Present — Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ.

Joseph Masel, Respondent, v. Brooklyn Heights Railroad Company, Appellant.— Motion to resettle order granted, without costs. Present — Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ.

Charles E. Metzger, Respondent, v. Edward M. Knox and Others, Appellants.— Motion for leave to appeal to the Court of Appeals denied. Present — Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ.

The People of the State of New York, Respondent, v. Frank Calibretti, Appellant.— Motion to dismiss appeal denied, on condition that appellant perfect his appeal, place the case on the next calendar and be ready for argument when reached; otherwise, motion granted. Present — Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ.

The People of the State of New York, Respondent, v. Elsie Culman, Appellant.— Motion to dismiss appeal granted. Present — Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ.

The People of the State of New York, Respondent, v. Gaetano Deresi, Appellant. — Motion denied on condition that appellant perfect his appeal, place the case on the next calendar and be ready for argument when reached; otherwise, motion granted. Present — Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ.

The People of the State of New York, Respondent, v. John Evans, Appellant.— Motion to dismiss appeal granted. Present — Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ.

The People of the State of New York, Respondent, v. Robert Humphrey, Alias George Gorman, Appellant.— Motion to dismiss appeal granted. Present — Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ.